1  Ninoska Coronel _____ (Full Name)

2  Coronel.ning7@ _____ (Email Address)

3  44238 12th St East _____ (Address Line 1)

4  Lancaster CA, 93535 _____ (Address Line 2)

5  (818) 620-9709 _____ (Phone Number)

6  Plaintiff in Pro Per

FILED

2025 FEB 18  PM 1:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

7

8

9           **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11  Ninoska Coronel

12  A.C-Minor          ,        Case No.: CV25- 1353-MWC(SP)
                                 (To be supplied by the Clerk)
13          **PLAINTIFF,**       **COMPLAINT FOR:**

14  **vs.**                      _____

15  LANCASTER SCHOOL             _____

16  DISTRICT                     _____

17  _____             _____

18  _____

19  _____             **Jury Trial Demanded:** ☐ Yes    ☐ No

20      **DEFENDANT(S).**

21

22                    ┌─────────────────────────┐
23                    │    **I. JURISDICTION**    │
                      └─────────────────────────┘
24      1. This Court has jurisdiction under 28 U.S.C § 1331.

25  Federal question jurisdiction arises pursuant

26  to 42 U.S.C § 1983

27  _____

28  _____

Revised: October 2023
Form Prepared by Public Counsel
© 2010, 2023 Public Counsel. All Rights
Reserved.

Page Number

## II. VENUE

2. Venue is proper pursuant to _28 U.S.C § 1391 because the events giving rise to this complaint happened in this District._

## III. PARTIES

3. Plaintiff's name is _A.C. - Minor_. Plaintiff resides at: _44238 12th ST East, Lancaster CA, 93535._

4. Defendant _Lancaster School District resides at 44711 N. Cedar Ave, Lancaster CA, 93535_

5. Defendant _____

2

*Page Number*

# IV: STATEMENTS OF FACTS

To: Judge

1. We moved to the city of Lancaster on November 1, 2020. Excited to have a new house and to begin a new journey making memories for the family. Andres is our adopted son and he has two other siblings and Mother and Father; we were ready to start a new year with new expectations. Andres was coming from LAUSD where he was determined eligible as a student with other health impairments due to behavior consistent with ADHD, which significantly heightened his alertness to environmental stimuli and adversely impacted his learning. An annual IEP was held on 10-29-2020 and indicated that Andres would attend the PAL program which was provided with special education setting to develop social emotional skills for attending to adult direct activities and transitioning to less-preferred activities.

1. Andres started with Lancaster School District in January 2021; he was enrolled in the Special Day Class for students with mild to moderate disabilities at Linda Verde Elementary where he participated in a distant learning class (through Zoom) because of the Covid Pandemic. I was called by the District Psychologist Veronica Salinas to ask me about Andre's health and where did he get assessed for his disabilities, she asked if I could provide her with those reports, which I did. She also scheduled me at an early childhood building because she wanted to assess him. On that day she also asked me if I can sign a consent for her to go and observe Andres at the day care, I did. She also mentions that she was going to talk to the teacher and the speech pathologist to conduct some assessments. At this point I didn't know why we were doing all these assessments, I thought that it was because we were going to have in person learning. After I accompanied Andres to his assessments with the teacher and speech, I get a call to schedule a IEP meeting which it was handled May 2021, and it was determined that he was no longer eligible for special education services because he was not a special need child, even though he was under the Doctors care, and he would transition into a general kindergarten classroom for the 2021-2022 school year. Even though I did not sign the IEP and not agree with him going to a general education setting. During the IEP meeting I told them they were making the wrong decision. But they didn't care, they also mentioned that they were going to try it for 30 days and after that they were going to decide if he can come back to special education, which they never did. And now student is so behind because of the neglectful decision of these so-called district professionals and psychologist going over the Doctors orders.

1. We were then sent to Jack Northop Elementary, because here in Lancaster students do not go to their home schools, they have them everywhere in all 19-21 schools that this district oversees. I knew that Andres would struggle being in this classroom. I sent a class dojo to his teacher asking if I can schedule a meeting with her to talk to her about Andres's needs. We did, I explained to her what happened at the IEP meeting where Andres came from, and she told me that she didn't know about Andres having a previous IEP and that we were going to have a meeting in 30 days to check his progress. She was going to talk to the principal to ask her about this case, she also asked me to bring the IEP copy. After that she text me saying that it was not

# IV: STATEMENTS OF FACTS

47  necessary to bring the IEP because according to Mrs. Kemberly Cochran, principal at
48  Jack Northrop Elementary at the time saying that IEPs expire, and that my son didn't
49  come from Linda Verde Elementary where Mrs. Margie was at the time and that he
50  couldn't come back to special education because his IEP was not valid anymore, even
51  though I didn't sign the IEP. He was struggling in the general classroom setting for
52  the whole year, and she never did anything about it, knowing the student and parent
53  and school laws, because she does not care for the students. The teacher Mrs. Allen
54  called me so many times letting me know about Andre's behavior cutting his clothes
55  with scissors, crying, and getting upset, sitting on the rug upset, not wanting to do
56  anything, I can see her frustration and not being able to help him. I don't blame her
57  because she is a teacher not a therapist or behavior specialist. I was the one giving her
58  advice on how to let him take his time and that he will interact with the class again.
59  She also mentions that she was alone with 23 students and one aid 3x a week, and she
60  didn't have the time to support him. I advised her to talk to the principal and let her
61  know what was going on.
62
63  1.  After asking Mrs. Allen and I calling the special education department and telling
64      them the situation they said that it was not easy to come back to special education
65      instead I was told to sign the IEP. I also spoke with his previous teacher Mrs.
66      Margie's supervisor and mentioned that Andres couldn't come back to special
67      education. We as parents knew that we had to do something about this because this
68      was not healthy for Andres, because he would come home upset, tired, not wanting to
69      eat or to go back to school. At this time, we were not familiar with the whole system
70      of the school district and the special education department, because Andres is our
71      only child with disabilities and since at LAUSD we never had a problem like this it
72      was all new to us. So, we decided to look for legal help, this is where the Law Office
73      of Augustin Egelsee comes in, I explained to Mrs. Shella his secretary what was
74      going on with my sons education and she said that they could help me. We signed all
75      the paperwork and Andres remained at the general education classroom, the lawyer
76      got involved and determines that Andres qualifies for special education. We parent
77      never attended to any hearings, I was scheduled an appointment with the school's
78      lawyer, but Mr. Egelsee called me before telling me that the district had to cancel the
79      meeting. Weeks after I get a call from Mr. Egelsee that the district had made an offer
80      to place him back to special education and to have the tutoring hours and for Ms. Jan
81      Casteel to do the assessments and to compare to it to the districts assessments to
82      determine the best education. He also asked me if I wanted Andres to be placed back
83      to special education ASAP or next year. I said ASAP, so there were two weeks left
84      before this school year ended.
85
86  1.  He was sent to the third school at Sierra Elementary because that was the only school
87      that had a mild to moderate class according to the district so he attended for the two
88      weeks and finished the school year. So, we signed a Settlement Agreement from May
89      5, 2022. OAH # 2022050586. Because of the trust issues with this long history with
90      the district, we can't trust them on their assessments, that is the reason Mr. Egelsee
91      had Ms. Casteel do a private assessment and compare it. And that was my issue too
92      with Mrs. Aldaco the school psychologist it was so different not based on students'

# IV: STATEMENTS OF FACTS

93     disabilities from the private psychologist Ms. Casteel from the beginning. Because
94     that is what the Lancaster district does, they don't assess the students properly,
95     because they do not have funds for professionals to provide services for the students.
96     It is recorded that Mrs. Aldaco been asked if she documented all the reports because
97     she didn't know what was written it. She stated that she had sent it to the district, and
98     she didn't know what was done after that. Her report was tempered by the district,
99     because the first thing a psychologist learns to do in school is how to write
100     assessments. In the IEP meeting Mrs. Casteel went over her report and told the team
101     that Andres needed to be assessed in the behavior area and AT. And she gave all her
102     recommendations in a professional matter, that's how it should be. After it was Mrs.
103     Aldaco turn and she gave all her reports, and all the assessments from the district says
104     it's not a concern to them or slightly below average, slightly above average. I asked
105     Mrs. Aldaco why she is not requesting any extra assessments since you have that
106     Andres has so many incidents of his behaviors, the principal and her had sent a report
107     to SELPA before and she did not mention anything until Mrs. Casteel did. We had a
108     Meditator, and she didn't do anything to help advocate for student because the district
109     follows their own law, and they don't care what anybody says. We had a meeting
110     after the IEP meeting 1-25-23. With Mrs. Aldaco and I told them that her incident
111     reports in the IEP notes were not true, and the others I never knew about it, because
112     her and the principal keep a lot of things from me, they lied so much on everything
113     that she has in her report. I sent 2 letters, emails asking the district to delete all the
114     information because it's not true it doesn't represent Andres, and they never did.
115     Until this day I have asked for the school records from Sierra Elementary of how the
116     minutes of the IEP where used and who collected data and they do not want to give
117     me the records, I had to email the night before the IEP meeting to ask Mrs. Aldaco for
118     the assessments because they do whatever they want to the parents. And we parents
119     don't have any support from any agency.
120

121    2.   Andres was enrolled 2022/2023 school year at Sierra Elementary where he had a
122        teacher Mrs. Barton for three months and after that she left the District. After that
123        Andres didn't have a teacher only substitute teachers and aids with no experience
124        working with special education students. I was called that he was lost in school
125        because the substitute placed him outside the door, where he was left wondering
126        around the school, and Aids were bear hugging the students, covering his mouth
127        leaving pressure marks. There were so many incidents the whole year and the
128        principal and the superintendent, or either the special education director did not help
129        with the situation, I went to board meetings and until now nobody has helped me. I
130        asked for advocates and other lawyers to help me with this case, but nobody wants to
131        take it. The district has so much false documentations and has forged my signature on
132        paperwork. They never want to comply with handing over records, or anything. I filed
133        with the State of California Special Education Department Complaint Unit so many
134        times. Someone in there is getting paid off because nobody wants to confront this
135        district knowing what they are doing wrong. The Lancaster School District
136        Superintendent told me that they have money to pay the lawyers, and I can see now
137        with this lawyer they got for this case, but they don't have money to pay a special
138        education teacher or to buy supplies for the students, according to this district they are

# IV: STATEMENTS OF FACTS

139  untouchable. I reached out to my local SELPA, the director at the time Stacey from
140  there told me to stop calling there and that I better be to the district, because they
141  are all together in all this fraud. I also made a Williams Complaint to the district, and
142  they still don't care. They write all these false documentations on their papers all the
143  time and they get away with it.
144
145  3.  On or about May 25, 2023. At Sierra Elementary when student Andres was from
146      classroom to classroom because they didn't have a teacher for a whole year they were
147      placed in a trailer combined the two classes, they had like 17 students with multiple
148      mental and physical disabilities. They had folded wheelchairs inside, not leaving
149      room for student to moved and some students crying, so impatient they left Andres to
150      go to the bathroom by himself, because they didn't have enough staff to help the
151      students, especially because this and the previous classroom are not equip for special
152      education students. Andres had to walk to the next building to use the restroom. I also
153      went to another school to see if they have wheelchair access and these students were
154      also in trailer classrooms and in this case they had to leave the wheelchairs outside
155      the classroom because this classroom was not equip for special education students. I
156      also talked to one of the moms from this school and asked her if they had a teacher
157      and she said no. So we know that the Lancaster district is violating in so many ways,
158      but they do this because they are untouchable.
159
160  4.  For this reason I had filled a Williams Complaint because the District doesn't have
161      funds to even buy toilet paper or soap for the student, they also don't have a
162      custodian, when the school bus didn't past to pick up student I needed to take him, I
163      can see the same aids going to classroom to classroom just to pick up the trash,
164      Andres always getting sick and getting Covid because those classrooms are so dirty. I
165      told the Principal Ms. McConnell and I also went to the board meetings multiples
166      times to tell them and also to the superintendent and they didn't care or to bother to
167      go check the school because Mrs. McConnell's husband is a sheriff and they are
168      scared telling her anything. So, she runs the schools with no teacher no toilet paper or
169      soap, no proper school materials or instructed books for students with special
170      education, because nobody knows where are the funds. Andres had complaint to me
171      multiple times about these restrooms being so dirty, so he waited to come home to go
172      to the restroom sometimes. Because of his condition gastroschisis he needs to sit on
173      the toilet for some time until he can have a bowel movement. And sometimes he was
174      scarred to be by himself in the restroom without supervision. One time I told Mrs.
175      McConnell that these were special education students with special needs, and she
176      shrugged her shoulders up and moved her head to the side in other words she didn't
177      care. This day I went to pick up student because for 3 days in a row they were left
178      outside to play in the rain. They called me every day between 9:00-10:00am. When I
179      got there student was soaking wet and urinated, no shoes or socks. Since they don't
180      have the proper staff for student with special needs, one aid left student AC (minor)
181      outside the classroom door, and she forgot about him when she remembered he was
182      left wondering around and they couldn't find him, and they called me to go to the
183      school by the time I got there they already had found him. I told her to give me
184      something in writing of what happened, and she said no that she was not worried that

# IV: STATEMENTS OF FACTS

185 he was lost. I went to the police station and told them, and they told me that I had to
186 be in the school so they can take my report. I also mention on the Williams complaint
187 that the restrooms need to be working properly, and they needed to unlock the gates
188 where these restrooms were located for student to have access to use them. They also
189 made some restrooms in the back, and I asked them to unlock them especially in
190 recesses. But I guess they were only for certain people that had keys for them. I also
191 saw student not wanting to go back inside the classroom Andres was one of them,
192 asking me to take him home. I complaint to the State of California and sent a letter to
193 the director of special education in Sacramento. They called me once and it was a
194 male representative asking why I sent a letter to the director. After that is history, I
195 never heard from them, I have asked regarding this complaint, and nobody wants to
196 tell me or answer. It's like this complaint had vanished from the system. This is
197 nothing new to us because that is how the District works they want to fix everything
198 by paying off people. How can this school and the schools that Andres has attended in
199 the past pass inspection, when in reality the schools are a hazard to student. In his
200 previous classroom same school, the floor was vinyl it was peeled off and they had
201 put tape not glue to stay down.
202
203 5.   During this time in Sierra Elementary under the supervision of principal Mrs.
204 McConnel, there were alot of things going on in this school year. Since they didn't
205 have a steady classroom or teacher, student was everywhere all over the place with
206 other students with different special disabilities, and behaviors. One time student
207 reported to aid when he was playing in the playground with other class that this other
208 student kept touching him on his private part. When Mrs. McConnel called me and
209 told me, I told her that I needed a incident report from the school describing what
210 happened because she mentioned other stuff that she wasn't too sure and she said no
211 that she said the email that she send me is enough. She never wanted to give me a
212 written report every time something happened at school with student. I went to the
213 police station they told me that she had to give it to me. I called and sent an email to
214 the district to the special education department and told them that I needed a report
215 and the only thing they did was a email from the director saying that she came to
216 Sierra school and that the Superintendent knows and that student AC, (Minor) didn't
217 come to school. To them it's a joke they don't care for the student because they know
218 that we parents don't have a voice, because no agency is willing to do anything about
219 it. I had mentioned to the superintendent and the special education director before of
220 having mixed student with other students with mild to moderate class. And this is one
221 of the consequences that student had to experience during the supervision of this
222 district. I had told them that even if they don't have funds to assess these students
223 properly and give them the proper services, to please send them to get assessed with
224 provider like Medi-cal since majority of them have medical. Or to send and transfer
225 the special education department to another district where they have teachers or actual
226 professionals to help the students with their services and goals. This student was one
227 of many that they are taking out of special education and placed in a classroom
228 because of his behaviors with out giving the support that he needs. Because that is
229 what the district does, they don't follow the laws, the agencies that are supposed to
230 support and defend the student are with the district.

# IV: STATEMENTS OF FACTS

6. On or about December 2, 2023, I contacted Tutors of America Inc. asking them about the hour that we had for tutoring for student. At first they gave us some hours and after they gave us a hard time because they never had tutors in our area. I told them that I didn't mind driving to another city where they have more tutors for the student. One time I was asked to call the District of Lancaster and ask them for a tutor. And I told them that resolution letter didn't say to contact the district. I guess the District didn't have the money to pay for the hours. They gave us some hours with this so-called teacher, and she was saying inappropriate language in front of the student. We had to accommodate our schedule to their schedule. I try to get more hours during summer 2024 and the same thing they assigned us someone and she canceled us last minute because she decided to take another job. Other tutor went on vacation and never showed up for the student appointments because they also had Dr. appointments. This is not new to us because anything that the District does with this company or any is all false documentation.

7. During November 2023, the administrative law judge conducting the hearing for the assessments and the District lawyers, demonstrated misconduct during that proceeding and following that proceeding. I asked to change judge because of what was going on and he said he will not drop this case. I sent two letters to the Judges supervisor, and he did not do anything about it. The whole trial was a mess he let the lawyer do whatever she wanted, not taking into consideration that I was representing my son because nobody wanted to represent us for this case. The District lawyer never served us with the papers, I had to call and ask what was this paperwork and they asked me if they had served me and I said no, so they told me to email the lawyers office and ask. This lawyer had been writing on behalf of the district before sending letter to our home address and she knew exactly who we were. Since she had this case with the District she does whatever she wants misleading us parent by sending paper work from other SELPAs that we don't belong to because she didn't want to give us the correct records. Also partnering with another lawyer that we had. Instead, she helped her to get more information, she pretended that she was on our side by asking for more assessments. During the whole trial she had the district assessor and staff with ear mics because she tells them what to say and answer and she sends a direct document to their computer. She also had another lawyer with her so they can communicate with staff. I told the judge, and he didn't care. She said that her office is high tech. Also, the District Director of special education was present and texting the whole time, sending information to the school so they can send me documents or to call me from the school to update information. The assessor confused the student assessments with another students, and still adding to the report to match the private assessor surveys. I told the judge, and he didn't care, he was more worried about doing housekeeping. At first, I didn't understand what the term meant until we looked it up. And then we understood that he was not going to use my 100-count evidence that we had. He only asked her what she wanted. Making comments that she had more evidence than us and other unprofessional comments. One time going to lunch that judge left his microphone and camera on and he was talking to them in private, and he was asking them what they wanted him to say, and they knew I was

# IV: STATEMENTS OF FACTS

277      still there, and they kept telling him turn off his screen. Very suspicious activity
278      throughout the whole trial, I'm thinking this judge was paid off to work in favor of
279      the district.
280

281    8.   All this year with the Lancaster District included a lot of false documentation, 99%
282      of the district paperwork is fake documentation, they alternate all their
283      documentation. Giving fake titles to workers that do not have any credentials. This
284      goes from IEP and psychologists to teachers, we have seen everything, how they
285      manipulate the system and forging my signature in many documentations. The district
286      also creates fake after school programs, when you sign in they are full. They give
287      cooking class and other painting classes when they actually need to hire teachers and
288      experienced staff to stay after school to help the students read and write. They send
289      flyers saying that they are going to have an event for the families and students and
290      games and food. They closed the parking, and they pretend to have these so-called
291      events the most they waste is like $500. I see it. The way they control the families, so
292      they don't go is by not updating the parents information, so they don't get the
293      invitations and they don't have many people. They also send messages the same day
294      few hours before the board members are going to be in a school, if you want to go
295      and talk to them. Most of these families don't have a car to go places, so they take
296      advantage of us parents. This is a community, and one parent usually commutes to
297      Los Angeles and surrounded areas because there's no jobs here, and some families
298      live in rural areas like ranches. I have told the district superintendent and other
299      employes that some emails the schools send are lies and they are taking advantage of
300      parents. There's so many fake help/ support that they post and it's not true, they said
301      that they have this Robot engineer program and another one about this science classes
302      for these kids and when I went, I asked how a student can benefit from this how many
303      of those VR headsets does the district have for each school. They were speechless
304      they didn't know what to answer because they know what their doing. My son was
305      giving a so- called old chrome book and it didn't work because the wires to charge
306      were broken. They asked me to bring it and they didn't have another to replace it.
307      There's no technology for special education student to have the proper program
308      because they are not compatible with their old chrome books. They think that by
309      having them in a case they are new, but they are not. Teachers can't make copies in
310      the office because they don't have ink for the printers. My son was given a notebook
311      paper because teachers buy their own materials. When student was at Sierra this Aid
312      told me that she had to buy magnet blocks and other stuff for the students from her
313      own money because she felt so bad that they didn't have anything. When they do
314      student of the month they don't have enough chairs for the parents and student to sit.
315      That is why they don't invite me to any event at Lincoln the fourth school that my son
316      was transferred to. Because they know what there are doing. They don't have any
317      funds for anything that benefits the student.
318

319    9.   Student was moved to the fourth school Lincoln Elementary because supposedly this
320      is the home school of the student. And they were going to have a teacher there for this
321      year. The student also had to be assessed because when he was at Sierra elementary,
322      he didn't have a teacher and a classroom he could get properly assessed in so we

# IV: STATEMENTS OF FACTS

waited the whole year. When we get to this new school, we see that this classroom said k-2 for kindergarten. Since I complaint that the schools don't have the proper classrooms, they moved all the kindergartens to another classroom to give this classroom to this so-called teacher, when I checked her credential to see if she was a teacher, she is more like an assessor teacher, not having any bond with student AC. This classroom had a problem with the toilet being broken all the time, and they had to send student to the health office when his was rushed every time because they had to use the toilet. Not being able to accommodate the student needs because of his health issue. And the toilets in the hall were so dirty with no toilet paper and hand soap nothing different from the other school where we had been. The teacher Ms. Klee always sending the student to the office with headache and other symptoms unrelated to student health history having to miss or to call the Dr. until we found out that the school sprays pesticides because they have rats and other animals and don't wait the proper time for clearance before the student goes back to the school.  So, the students are breathing all these remaining fumes. I asked Mrs. Klee that I wanted to see the document when the last time the school had this treatment. And nobody could give me any information about where parents can have access to all this information. Because this is what they do, and nobody can tell them anything. Because nobody from the state or any other agency comes and bothers checking. There's a reason why when we came this district, they don't have parent PTA meetings because they don't want anybody coming inside this schools. And when you go to the board meetings, they have a parent that they choose to talk because they are being recorded. I'm saying this because I lived it, I seen it, one of many times, this parent asked me what I was going to say because she was the spokesperson or parent chosen by them. And when you are saying something that is happening at the schools, they don't let it post to the YouTube channel, they know what they are doing. But they try to cover the problems and issues actually going on.

10. At Lincoln Elementary there was no difference even though they had a so-called teacher. Ms. Klee never tried to accommodate the students needs. Because of the student's health with gastroschisis his stomach is not normal like other healthy students. So, he eats a little at a time and doesn't like certain food that the school cafeteria serves. So, I have always packed him food I don't want him to go without eating the whole day. She and others never let him take a snack from his lunch bag. They would seat him in the back of the classroom or outside the classroom on the floor so he can eat something. He was also forced to go and play outside, he was asked to leave the classroom by the teacher because she had to go to lunch and he was so scared of her and he didn't know how to communicate with her, so he would hide under his desk. When she told me, I asked her if she had asked him why he didn't want to go out and she said no. And when we asked AC he said that it was too hot outside and there's no shade where they play. Another day they forgot about the student, they didn't have anybody to cover the classroom, so they left the student to play for hours outside until someone called them inside. Because they are always short on staff and if the staff is busy, they don't have coverage to watch the student, so they leave them to play. The city of Lancaster is desert ,102-degree weather is very common here, and the school doesn't have playgrounds and the ones they have are

# IV: STATEMENTS OF FACTS

369 old metal and rusted over. The one they have is for the kinder gardens and is gated
370 only they can play there. So, the other students climb trees and walls or get into
371 trouble because they don't have anything to play on during recess. I have complaint
372 to the district about this before at Sierra and Lincoln, that they need to have a protocol
373 for student to play indoors when we have this kind of weather. To have game boards
374 or reading clubs in the library for special education students since they must
375 accommodate them. There's no structure in this school because the district does not
376 care even though they get money to accommodate all these special education
377 students, and the principals don't know where the funds are. Mrs. Klee was hired to
378 micro oversee AC, everything that he did she made sure that it was for negative not
379 for the student wellbeing. Student was given a small 12 FL OZ (355 mL) electrolyte
380 drink every day, first to keep the student hydrated second because the student does
381 not like to drink too much water and third the medicine that he drinks every day to
382 have a bowel movement works with liquid. So, I can't have the student be on a empty
383 stomach with no liquids until he comes homes at 3:30pm. I was told by his healthcare
384 provider at Children's Hospital to give him Gatorade. But since they don't have
385 experience with special needs students because this program doesn't exist in this
386 district, they think I'm a bad mom that gives energy drinks to my child. You don't
387 know what I've been through with these negative people and accused of things that
388 are not true. Instead of giving the proper education and having funds to pay for
389 teacher staff they did all this to the student. They asked me if I can dilute the
390 Gatorade, I did to make them happy so they can let him drink it at least half and he
391 can have a soft bowel movement without pain. They never understood his disability
392 because according to them since the beginning he was not a special education student.
393 This school also did not have the proper curriculum for the student it's like a day
394 care. There's so much lies, at first when we started this class was a new test class they
395 said that we were going to be part of this new program and that they were not going
396 to base this class on report cards and at the end yes they were sending report cards.
397 Nothing that she was teaching was appropriate for the students, so-called homework
398 was never picked up was left in the backpack for days. She documented what she
399 wanted, because that is what they do. We don't even know why he was sent to this
400 school because according to some school records student was retained when he was
401 from the previous school Sierra Elementary. So what curriculum were they following
402 if the student was retained, and no one's told us parents. There's so much to tell, but I
403 don't have space to write everything.
404

405 11. When student was at these last two schools Sierra Elementary and Lincoln, each
406 school would blame him for behavior that he didn't do. When he was with Mrs. Mac,
407 to try to cover all the incidents they tried to make it look like he was the problem
408 student with inappropriate behavior. They did all this just to document all this false
409 documentation, because the lady from SELPA Casey, she told Ms. Mc that they were
410 going to get in trouble with all that was going on. So the psychologists and her stated
411 that student pulled the fire alarm making him look like he was the problem. I asked
412 the psychologist to remove it because it was not true, and they were inventing all this
413 stuff to cover themselves. This is what the district does they hire psychologist to use
414 their license to document what they want. One-time during an IEP meeting I asked

# IV: STATEMENTS OF FACTS

415  that psychologist about some statements she had wrote and she didn't know what I
416  was saying and she said that she had to go back and recheck because she didn't
417  remember. I also asked her who do you give your assignment and paperwork to after
418  you finish, and she said the district. So, they had changed your words I asked, and she
419  said that she didn't know. The same thing with a speech pathologist Ms. Holmes they
420  used her to be in IEP meetings, but she doesn't have a clue about what was going on,
421  she had said in a meeting that she's a speech pathologist and she doesn't work for
422  special education, they just have her there to help. When the student was at Lincoln
423  the same thing Mrs. Klee telling student that she didn't like his baby talk and the
424  other inappropriate behaviors towards student, she never was a teacher she knew why
425  she was there. Making student feel that he didn't want to go to school like when he
426  was at Sierra. She didn't have shame, one day she had sent one paper for me to sign
427  saying that I was going to assist to the conference meeting. I had sent it with student
428  in the backpack. The day they had called me to pick up student because according to
429  the health office she had sent him there because he had fever of 101. When they
430  called me, I got worried because he was fine when he left the house in the morning.
431  So when I get there I asked the lady to show me that he had the temperature that she
432  was saying and it was not true her thermometer was not working, because when I got
433  home he didn't have any fever I checked it myself with our thermometer .While I'm
434  there Ms. Klee comes out and she asked me about the paper and I told her that I had
435  sent it to her and she said no I said yes their in the backpack. She looked at student
436  and she said let me see your backpack 3 times shoving the student to get the
437  backpack, with this tone of voice like she was mad. I look at the student and asked to
438  see his backpack I grab it and gave her the papers and she looked at that paper and
439  smiled and said this is what I need it in a evil tone. After we left AC said to me mom
440  did you see her, and I said yes with these two eyes. They never wanted to give us any
441  records from all the schools and specially from this one. We don't know what exactly
442  they have documented and how many signatures are forged. We only know what a
443  past lawyer had sent us that she got from the district. I also complaint to Sacramento
444  about them not wanting to give us the records and they said that they did give it to us.
445  But its not true they only gave us some but not everything they have and what we
446  wanted to see, so since they pay them off, nobody until this day has given us the
447  correct records. I also contacted other agencies and told them, and they said that I had
448  to get an approval by the district. And the lawyer from the district sent us a letter
449  saying that they can't give it to us because its confidential. Also, during this time Mrs.
450  Klee had numerous people we don't know who this people are, but student can see
451  these people inside the classroom talking to Mrs. Klee and telling them that its him
452  look at him. The district has sent an agency to investigate us, we don't know who
453  these people are they have been going to day cares, facilities, even hospitals. I have
454  also reported to the police station that I've been followed, and they have tapped into
455  my computer and phone and car. We know it's the district they also have park
456  abandoned cars in front of our home and we had the sheriff car lighting our house
457  with the side light at 2:00am. We think that the district lawyer Hassenpour and the
458  director Ms. Napoleon are involved with this agency also. There are so many illegal
459  and suspicious activities going on because they are so desperate they know what they
460  did and are trying to get away with it. This is the reason we have not found a lawyer

# IV: STATEMENTS OF FACTS

461    to represent us until this day because Hassenpour tells them about the agency and
462    probably pays people. Until this day I haven't received any letter, I have called
463    myself to other agencies and asked and they had told me no.
464
465

466    12. For this reason and so many we don't trust the district of Lancaster, because of what
467    they have done and continue doing, their illegal documentations and nobody is
468    helping us parents. We parents have asked for a IEE and they refused to pay and they
469    threatened me that if I keep asking they were going to take me to due process, but
470    they never did. After I sent them a letter saying that we were going to pay for the
471    assessments to be done by private assessors, and to put on hold any IEP meetings
472    since the (district) still had an assessment to be done, not because I was not giving up
473    my parental rights, because it doesn't make sense to go through and everything is not
474    completed. We Parents have sent the district assessments for a second opinion with
475    other professionals and been told different that they are not focusing on Andre's
476    disabilities and behavior and the areas where he can be supported. That was to be
477    expected because we know how the Lancaster school district works with the students'
478    assessments. The district assessor used wrong copied data from Mrs. Aldacos report
479    and what they have documented on the IEP. That is why I asked them many times
480    to correct it before and now here are the consequences. Because the district
481    doesn't understand these are legal documents. I had canceled the meeting because the
482    meeting previously from 11-8-23 the assessors went over their assessments already
483    and they had all their recommendations in writing. There was nothing more to talk
484    about at the meeting that I canceled. But the district always does that, you can check
485    all the recordings on the two real IEP meetings that I attended. Even though they have
486    me down that I attended with others, that is why they don't want to give me all the
487    records that I'm asking for. They sent me a letter telling me that they were going to
488    conduct an IEP meeting with or without me, so I went and recorded, on that day they
489    only had two assessors the behavior and the AT. They didn't talk about what the
490    district lawyer is saying in her letter, its recorded you can listen to it, at the end they
491    asked me what I had to say, and I replied that it was not my meeting that they
492    scheduled it. And Ms. Holmes told me that it doesn't matter that they were still going
493    to send me a copy. After that they sent me a copy where they have it under notes that
494    I did not want to sign the IEP, and other goals that they came up with.

## V. <u>CAUSES OF ACTION</u>

### <u>FIRST CAUSE OF ACTION</u>

( Discrimination on the basis of disability )
*insert title of cause of action*

**(As against Defendant(s):** Lancaster School District

_____

1. *Insert ¶ #* The District denied the student a free, appropriate public education (FAPE) between 2020 and December 8, 2023, including when the District inappropriately excited the student from special education; the district placed the student in an improper setting

1. *Insert ¶ #* during the 2022-2023 school year; the District failed to properly assess the student; the district failed to provide transportation as specified in the Students Individualized Education Program (IEP) prior to the 2023-2024

1. *Insert ¶ #* school year; The district improperly supervised the student; the district called parents to pick up the student early from school all the time; and the District retained the student without parents knowledge.

## SECOND CAUSE OF ACTION

( _Discrimination on the basis of disability_ )

insert title of cause of action

**(As against Defendant(s):** _Lancaster school District_

_____ )

_2_. The district discriminated against the student
Insert ¶ #

based on disability when staff told the student to
shut up, bear hugged him, and covered his mouth
leaving pressure marks prior to December 9, 2023.

_3_. On or about May 25, 2023, you observed a
Insert ¶ #

school in the District educating students in a
building that could not accomodate students who
use wheelchairs.

_4_. The student's school was not properly resourced
Insert ¶ #

during the 2022 -2023 school year and discriminated
against other students with disabilities.

15

Page Number

## THIRD CAUSE OF ACTION

( Discrimination on the basis of disability )

*insert title of cause of action*

**(As against Defendant(s):** Lancaster school District

)

5. The district failed to respond to notice

*Insert ¶ #*

of sexual harassment in 2022.

6. On or about December 2, 2023, the

*Insert ¶ #*

Special tutor of America Inc. discriminated by not providing the Student with the hours he needs

7. The administrative law judge conducting

*Insert ¶ #*

your hearing during November 2023, as well as the Districts lawyers, demonstrated misconduct during that proceeding, and following that proceeding.

## FOURTH CAUSE OF ACTION

( Discrimination on the basis of disability )

*insert title of cause of action*

**(As against Defendant(s):** Lancaster School District

)

8. The district creates fake programs for

*Insert ¶ #*

profit and creates false documentation, as well

as engages in other acts of fraud.

9. The district maintained inadequate

*Insert ¶ #*

facilities including by having broken toilets

and dangerously spraying pesticides.

10. Between December 9, 2023 and January

*Insert ¶ #*

29, 2024, the District failed to give the student

snack breaks, forced him to play outside in 102

degree heat for three hours without shade; and

did not permit him to drink from his parent

17

*Page Number*

## FOURTH CAUSE OF ACTION

( Discrimination on the basis of disability

*insert title of cause of action*

**(As against Defendant(s):** Lancaster school District

)

10. provided beverage, as well as by providing him with appropriate curriculum.

*Insert ¶ #*

11. Between December 9, 2023 and January 29, 2024 the District blamed the student for behavior he didn't do; told the student they don't like his baby talk; pushed the students Backpack in order to get a paper; had staff come in and out of his classroom making comments such as "do you see him, look at him"; and rushed the student to use the bathroom.

*Insert ¶ #*

12. The district discriminated against the student by not giving the student equal and quality time like the district assessor did.

*Insert ¶ #*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. (Back Pay) Reimbursement for Frostig School since Summer 2024 until present, including Parents gas expenses, milage and car maintence.

2. District to continue paying for Private School until child is 18 years old of age due to student receiving Proper education and Special needs Services, neglected for all years in the Lancaster District.

3. ALL professionals and staff involved in all years in this case, to have their license revoked and prosecuted. Including lawyers and Judges related with this case from Office of Administrative Hearings (OAH).

. Compensation for Mental and physical abuse, neglection, emotional distress and loss of wages.

Dated: 02-18-2025

Sign: Ninoska Coronel

Print Name: Ninoska Coronel

19

*Page Number*

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 02-18-2025

Sign: *Ninoska Coronel*

Print Name: *Ninoska Coronel*

4831-5981-9291, v. 1

20

*Page Number*

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

REGION IX
CALIFORNIA

50 UNITED NATIONS PLAZA
MAIL BOX 1200, ROOM 1545
SAN FRANCISCO, CA 94102

December 6, 2024

**Via e-mail to:** coronel.nina7@gmail.com

Ninoska Coronel
44238 12 St. East
Lancaster, CA 93535

Re:  Lancaster School District – OCR Case Number 09-24-1654

Dear Ninoska Coronel:

On June 6, 2024, the U.S. Department of Education, Office for Civil Rights (OCR), received the complaint you filed against Lancaster School District (the District). The complaint alleged discrimination on the basis of disability. Specifically, it alleged the following:

1. The District denied the Student a free, appropriate public education (FAPE) between 2020 and December 8, 2023, including when the District inappropriately exited the Student from special education; the District placed the Student in an improper setting during the 2022-2023 school year; the District failed to properly assess the Student; the District failed to provide transportation as specified in the Student's Individualized Education Program (IEP) prior to the 2023-2024 school year; the District called you to pick the Student up early from school prior to the 2023-2024 school year; the District improperly supervised the Student; and the District retained the Student without your knowledge.
2. The District discriminated against the Student based on disability when staff told the Student to shut up, bear hugged him, and covered his mouth leaving pressure marks prior to December 9, 2023.
3. On or about May 25, 2023, you observed a school in the District educating students in a building that could not accommodate students who use wheelchairs.
4. The Student's school was not properly resourced during the 2022-2023 school year and discriminated against other students with disabilities.
5. The District failed to respond to notice of sexual harassment in 2022.
6. On or about December 2, 2023, the Special Tutor of America Inc. discriminated by not providing the Student with the hours he needs.
7. The administrative law judge conducting your hearing during November 2023, as well as the District's lawyers, demonstrated misconduct during that proceeding, and following that proceeding.
8. The District creates fake programs for profit and creates false documentation, as well as engages in other acts of fraud.
9. The District maintained inadequate facilities including by having broken toilets and dangerously spraying pesticides.

20

Exhibit A

10. Between December 9, 2023 and January 29, 2024, the District failed to give the Student
    snack breaks, forced him to play outside in 102 degree heat for three hours without shade;
    and did not permit him to drink from his parent-provided beverage, as well as by
    providing him with inappropriate curriculum.
11. Between December 9, 2023 and January 29, 2024, the District blamed the Student for
    behavior he didn't do; told the Student that they don't like his baby talk; pushed the
    Student's backpack in order to get a paper; had staff come in and out of his classroom
    making comments such as 'do you see him, look at him'; and rushed the Student to use
    the bathroom.
12. The District discriminated against the Student by not giving the Student equal and quality
    time like the district assessor did.
13. During the 2023-2024 school year, the District discriminated against the Student based
    on disability by excluding the Student from the classroom, including by transporting the
    Student late to school, calling the Student's parent to pick him up early from school, and
    inappropriately sending the Student to the health office.
14. The District discriminated against the Student when it did not allow the Student's
    parent(s) to attend a school event on or about December 20, 2023.

OCR enforces Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. § 794, and
its implementing regulations at 34 C.F.R. Part 104, which prohibit discrimination on the basis of
disability by recipients of federal financial assistance. OCR also enforces Title II of the
Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §§ 12131 *et seq.*, and its
implementing regulations at 28 C.F.R. Part 35, which prohibit discrimination on the basis of
disability by public entities. In addition, OCR enforces Title IX of the Education Amendments of
1972 (Title IX), 20 U.S.C. §§ 1681 *et seq.*, and its implementing regulations at 34 C.F.R. Part
106, which prohibit discrimination on the basis of sex in any education program or activity
operated by a recipient of federal financial assistance from the Department. As a recipient of
federal financial assistance from the Department of Education and as a public entity, the District
must comply with these laws.

OCR evaluated this complaint in accordance with OCR's Case Processing Manual (CPM) (July
18, 2022) and has decided to open allegations 13 and 14 for investigation. However, OCR is
dismissing allegations 1-12 for the reasons set forth below.

**Allegations Being Dismissed**

Section 108(c) of OCR's CPM states that OCR will generally take action only with respect to
complaint allegations that have been filed within 180 calendar days of the date of the alleged
discrimination, unless the complainant is granted a waiver. OCR may grant a waiver of the
timeliness requirement, but only in certain limited circumstances, as set forth in Section 107 of
the CPM. You filed your complaint on June 6, 2024; therefore, any allegations of discrimination
that took place prior to December 9, 2023, are untimely.

You requested that OCR waive the timeliness requirement because you recently discovered
OCR. OCR has reviewed your request and determined that the stated basis does not merit a
waiver of OCR's 180-day deadline because it is not one of the limited grounds on which waiver
of the timeliness requirement may be granted. OCR is therefore dismissing allegations 1, 2, 3, 4,
5, and 6 as untimely as of the date of this letter.

Section 108(a) of OCR's CPM states that in order to investigate an allegation, OCR must have jurisdiction over the subject matter of the allegation. For OCR to establish subject matter jurisdiction, the allegation must allege, or OCR must be able to infer from the facts given, an allegation of: (1) discrimination based on race, color, national origin, sex, disability or age; (2) discrimination in violation of the Boy Scouts of America Equal Access Act of 2001; or (3) retaliation for the purpose of interfering with any right or privilege secured by the civil rights laws enforced by OCR or as a result of making a complaint, testifying or participating in any manner in an OCR proceeding.

Regarding allegation 7, you alleged that the administrative law judge as well as the District's attorneys engaged in misconduct in relation to your Office of Administrative Hearings proceeding. OCR has determined that it does not have jurisdiction over the subject matter of allegation 7 and is dismissing allegation 7 as of the date of this letter.

Regarding allegation 8, you alleged that the District creates fake programs for profit and creates false documentation, as well as engages in other acts of fraud. OCR has determined that it does not have jurisdiction over the subject matter of allegation 8 and is dismissing allegation 8 as of the date of this letter.

Regarding allegation 9, you alleged that the District maintained inadequate facilities, including by not maintaining working toilets and dangerously spraying pesticides. OCR has determined that it does not have jurisdiction over the subject matter of allegation 9 and is dismissing allegation 9 as of the date of this letter.

Section 108(f) of OCR's CPM states that OCR will dismiss an allegation that, on its face or as clarified, fails to state a violation of one of the laws or regulations that OCR enforces.

With regard to allegation 10, you stated to OCR that between December 9, 2023, and January 29, 2024, the District failed to give the Student snack breaks, forced him to play outside in 102 degree heat for three hours without shade, and did not permit him to drink from his parent-provided beverage. Although you expressed concern to OCR about these incidents in light of the Student's disability, the information you provided did not suggest that the District failed to implement the Student's IEP when it took these actions, that it treated the Student differently compared to other students without disabilities in connection with these incidents, or that it otherwise discriminated against the Student because of disability in connection with these incidents.

You also stated to OCR that the District provided the Student with inappropriate curriculum. Pursuant to longstanding OCR policy, OCR will generally refrain from assessing the appropriateness of a school's decisions regarding curriculum and instructional materials. Instead, OCR gives significant deference to the professional judgment of educational institutions with respect to academic decisions.

After considering the above, the facts you provided, even if found to be true, without more do not state a violation of one of the laws or regulations enforced by OCR. Accordingly, OCR is dismissing allegation 10 as of the date of this letter.

With regard to allegation 11, you stated to OCR that between December 9, 2023 and January 29, 2024, the District blamed the Student for behavior he didn't do; told the Student that they don't like his baby talk; pushed the Student's backpack in order to get a paper; had staff come in and out of his classroom making comments such as 'do you see him, look at him'; and rushed the Student to use the bathroom.  Again, although you expressed concern to OCR about these incidents in light of the Student's disability,  the information you provided did not suggest that the District failed to implement the Student's IEP when it took these actions, that it treated the Student differently compared to other students without disabilities in connection with these incidents, or that it otherwise discriminated against the Student because of disability in connection with these incidents.

The facts you provided, even if found to be true, without more do not state a violation of one of the laws or regulations enforced by OCR. Accordingly, OCR is dismissing allegation 11 as of the date of this letter.

Section 110(a)(1) of OCR's CPM states that OCR will close or dismiss an allegation if the same allegation has been filed by the complainant against the same recipient with another federal, state, or local civil rights enforcement agency or through a recipient's internal grievance procedures, including due process proceedings, and OCR anticipates that the allegation will be investigated, the remedy obtained will be the same as the remedy that would be obtained if OCR were to find a violation regarding the allegation, and that there will be a comparable resolution process under comparable legal standards.

With regard to allegation 12, you stated to OCR that the District discriminated against the Student by not giving the Student equal and quality time like the district assessor did. You also shared that you filed this allegation with the California Department of Education. Based on this information, OCR is dismissing allegation 12 as of the date of this letter.

You may refile allegation 12 within 60 days of the completion of the other entity's action. Generally, OCR will not conduct its own investigation; instead, OCR reviews the results of the other entity's determination and decides whether the other entity provided a comparable resolution process in which it applied comparable legal standards.

**Allegations Being Opened for Investigation**

OCR will investigate the following issues:

- During the 2023-2024 school year, the District discriminated against the Student based on disability by excluding the Student from the classroom, including by transporting the Student late to school, calling the Student's parent to pick him up early from school, and inappropriately sending the Student to the health office.
- The District discriminated against the Student when it did not allow the Student's parent(s) to attend a school event on or about December 20, 2023.

Please note that opening an investigation does not mean that OCR has made a final determination with regard to the merits. During the investigation, OCR is neutral; OCR will collect and analyze the evidence it needs in order to make a decision about the complaint. OCR will ensure that its investigation is legally sufficient in accordance with OCR's CPM. Additional

information is available at Complaint Processing Procedures. Please note that you may have the right to file a private suit in federal court whether or not OCR finds a violation.

If OCR determines during the course of the investigation that a complaint could be appropriate for mediation, OCR will contact the parties and offer this resolution option.

With respect to the allegations OCR is dismissing, this letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.

Recipients must not harass, coerce, intimidate, discriminate, or otherwise retaliate against an individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR. If this happens, the individual may file a retaliation complaint with OCR.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, it will seek to protect, to the extent provided by law, personally identifiable information, that, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

OCR will communicate with you periodically during its investigation. When contacting the office about your case, please refer to the case number at the top of this letter. If you have any questions, please contact Jody Bianchini, who is assigned to investigate this complaint and can be reached by telephone at (202) 219-1911 or by e-mail at jody.bianchini@ed.gov.

Sincerely,

Monique Raco Fuentes
Team Leader

Ninoska Coronel
44238  12 st E.
Lancaster CA 93535

Dear: Judge

We strongly ask for a court order or any other way that you can help us so an agency can represent us. Since nobody wants to represent us after they talk to the districts lawyer and the special education department.  No lawyer or any of those none profit organizations want to take this case. I also went to the Federal Pro Se Clinic and they told me that they don't know how this works with school districts or special education paperwork. Its going to be very hard for us to represent ourselves, because only a special education lawyer knows what codes to use to better represent the student. We don't want the same thing happening like the last case from OAH. We are currently running of our time to file for this case, and it's the reason why the District is making it impossible so we don't finish and bring a resolution to this case.

Sincerely,
Ninoska Coronel

Exhibit B

25